IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NIKKI WOOD                                                                                              PLAINTIFF

v.                                      Case No. 3:10-CV-03114

OUTPATIENT SURGERY CENTER, INC.; and
DOUGLAS W. MARX, M.D., P.A.                                                                  DEFENDANTS

## JUDGMENT

Fort the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED**, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants' Motion for Partial Summary Judgment (Doc. 16), Motion in Limine (Doc. 37), and Motion to Bifurcate (Doc. 39) are accordingly **DENIED AS MOOT**.

The parties are to bear their own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 28th day of November, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE